# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2015

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Dull, Daniel F | Docket No. | 0980 2:15CR00082-002 |

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Curt Hare, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Daniel F Dull, who was placed under pretrial release supervision by U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 24th day of September 2015, under the following conditions:

**Condition #5:** Defendant shall not possess a firearm, destructive device or other dangerous weapon.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** On or about November 9, 2015, the Daniel F. Dull was found to be in possession of two firearms.
PRAYING THAT THE COURT WILL ORDER A SUMMONS

    I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  November 10, 2015

by  s/Curtis G. Hare

Curtis G. Hare
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

November 10, 2015
Date